

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-6-2011

# Karen Malleus v. John George

Precedential or Non-Precedential: Precedential

Docket No. 10-3539

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Karen Malleus v. John George" (2011). *2011 Decisions.* Paper 971.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/971

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

June 2, 2011

No. 10-3539

Dr. Karen Malleus, Appellant

v.

Dr. John J. George, et al.

(E.D. Pa. No. 10-cv-01357)

Present:         FISHER, JORDAN and COWEN, Circuit Judges

        1.     Motion by Appellees to amend the opinion.

Respectfully,

Clerk/tyw

_____ORDER_____

The foregoing motion is granted.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated:      June 6, 2011
tyw/cc:     Andrea C. Farney, Esq.
            Sharon R. Lopez, Esq.
            Paul J. Cianci, Esq.
            Michael I. Levin, Esq.
            Leonard G. Brown, III, Esq.